UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No.   4:07CR00231 JCH |
| | ) | |
| PERRY L. SHEARD, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $1,000.00 to the surety of record.

/s/ Jean C. Hamilton
_____

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2008.

*****************************************************************************

### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri.  I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 9th day of January, 2008.

/s/  Cindy Kornberger
Deputy Clerk